Certificate Number: 05781-CAN-DE-024369521

Bankruptcy Case Number: 14-31432



05781-CAN-DE-024369521

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 15, 2014, at 9:19 o'clock PM PDT, Cecil Johnson completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of California.

Date:   October 15, 2014                          By:      /s/Allison M Geving

Name:   Allison M Geving

Title:   President

Case: 14-31432    Doc# 9    Filed: 10/16/14    Entered: 10/16/14 11:20:52    Page 1 of 1