DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

    CECIL JOHNSON
    5 DAPHNE COURT
    EAST PALO ALTO, CA 94303

                 Debtor(s)

Case No.: 14-31432 HLB
Chapter 13

## NOTICE OF FINAL CURE MORTGAGE PAYMENT

The Chapter 13 Trustee, David Burchard, submits this Notice of Final Cure Payment by Debtor(s) pursuant to Bankruptcy Rule 3002.1(f).

The Trustee hereby notifies all parties-in-interest that the above-referenced Debtor(s) has/have completed all payments under the plan. Additionally, as to WELLS FARGO BANK NA, proof of claim #5, the debtor(s) has/have (*applicable option is checked*):

___X___   paid in full the amount required to cure pre-petition mortgage arrearages as indicated on the claim.

_____   not paid in full the amount required to cure pre-petition mortgage arrearages as indicated on the claim, due to the provision in the confirmed plan/modified plan.

_____   not paid in full the amount required to cure pre-petition mortgage arrearages as indicated on the claim, due to the subsequent surrender of property and/or relief from stay granted to creditor.

_____   $ 00.00 pre-petition mortgage arrears due, as indicated on the claim.

_____   Other:

As required by Rule 3002.1(g), within 21 days after service of this notice, the holder of the obligation, WELLS FARGO BANK NA shall file and serve on the Debtor(s), Debtor(s)' counsel, and the Trustee a statement indicating:

    (1) Whether it agrees that the Debtor(s) has/have paid in full the amount required to cure the pre-petition mortgage arrearages as indicated on its claim; and

    (2) Whether the Debtor(s) is/are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5) of the Bankruptcy Code.

The statement shall itemize the required cure of the pre- and post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Debtor(s) and the Trustee may file motion in response within 21 days per Rule 3002.1(h).

If WELLS FARGO BANK NA fails to timely file this statement, Bankruptcy Rule 3002.1(i) remedies will apply for failure to notify.

Dated:  March 11, 2019

                        /s/ David Burchard
                        David Burchard, Chapter 13 Trustee

I am over the age of 18 years and not a party to this action.  I am employed by the Trustee whose business address is 1065 E. Hillsdale Blvd., Suite #200, Foster City, CA.  On the date set forth below, I served a true and correct copy of the **Notice of Final Cure Mortgage Payment** and this **Certificate of Service**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

CECIL JOHNSON
5 DAPHNE COURT
EAST PALO ALTO, CA 94303

WELLS FARGO BANK NA
ATTN: BKTCY DEPT MAC D3347-014
3476 STATEVIEW BLVD
FORT MILL, SC 29715

The following recipients have been served via Court's Notice of Electronic Filing:

STEPHEN BENDA
stephen@bendalaw.com

Dated:    March 11, 2019            CECILIA MARCELO
                                    CECILIA MARCELO