Bryan S. Fairman  (261087)
BFairman@aldridgepite.com
ecfcanb@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Wells Fargo USA Holdings, Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 14-31432 |
| Cecil Johnson | Chapter 13 |
| Debtors. | **SUBSTITUTION OF ATTORNEY** |

COMES NOW Bryan S. Fairman of the law office of Aldridge Pite, LLP and gives notice of their appearance in replacement of Kelsey Luu who has withdrawn her employment from Aldridge Pite, LLP. The undersigned New Attorney herby requests that all pleadings, motions, notices, correspondence, and other papers in relation to the above-referenced bankruptcy case be sent to the undersigned New Attorney at the address listed in the above caption.

Dated: 4/26/2019        /s/ Kelsey Luu
                        Signature of Present Attorney

Dated: 4/26/2019        /s/ Bryan S. Fairman
                        Signature of New Attorney

```
 1  Bryan S. Fairman  (261087)
    BFairman@aldridgepite.com
 2  ecfcanb@aldridgepite.com
    ALDRIDGE PITE, LLP
 3  4375 Jutland Drive, Suite 200
    P.O. Box 17933
 4  San Diego, CA 92177-0933
    Telephone: (858) 750 7600
 5  Facsimile: (619) 590-1385

 6  Attorneys for Wells Fargo USA Holdings, Inc.
```

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 14-31432-HLB |
| CECIL JOHNSON, | Chapter 13 |
| Debtor. | **PROOF OF SERVICE** |

I, Lauren Timby, declare that:

I am employed by Aldridge Pite, LLP. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this case.

On May 17, 2019, I served the SUBSTITUTION OF ATTORNEY by electronic means through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows:

**DEBTOR**
Cecil Johnson
5 Daphne Court
East Palo Alto, CA 94303
(Via U.S. Mail)

- 1 -    CASE NO. 14-31432-HLB
**PROOF OF SERVICE**

Case: 14-31432    Doc# 48    Filed: 05/17/19    Entered: 05/17/19 07:53:19    Page 2 of 3

**DEBTORS' ATTORNEY**
Stephen Benda
750 Menlo Avenue #350
Menlo Park, CA 94025
stephen@bendalaw.com
(Via NEF)

**TRUSTEE**
David Burchard
P.O. Box 8059
Foster City, CA 94404
TESTECF@burchardtrustee.com
(Via NEF)

**U.S. TRUSTEE**
U.S. Trustee
Department of Justice
USTPRegion17.sf.ecf@usdoj.gov
(Via NEF)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 17, 2019          /s/   Lauren Timby
                                    LAUREN TIMBY